# MEMORANDUM
## TO THE HONORABLE FREDERIC BLOCK
## UNITED STATES DISTRICT JUDGE



RE: RIORDAN, THOMAS
Docket No. : 02-CR-1125
Request For Early Termination

Reference is made to the above-named individual who was sentenced by Your Honor on March 4, 2004, following a conviction for Theft of Embezzelment from Employee Benefit Plan in violation of 18 U.S.C. 664, a class D felony. The offender was sentenced to twelve(12) months and one (1) day custody, a three (3) year term of supervised release, and a $100 special assessment fee. The following special conditions were also imposed: 1) the defendant shall make full financial disclosure, and 2) the defendant shall pay restitution in the amount of $250,000.00. The offender is scheduled to terminate from supervised release on February 24, 2008.

The offender has been on supervision for fifteen (15) months and since commencement of same, he has fully complied with all general and special conditions of supervision as ordered by the Court. Specifically, he satisfied his restitution obligation per a Limited Release and Satisfaction of Debt signed by Keyspan Corporation Assistant General Counsel, Phillip R. Scott. He has remained arrest free, is employed, reports as directed, and submits timely, complete, and accurate monthly paperwork. Additionally, he has taken the responsibility of parenthood seriously, both emotionally and financially. While he and his wife are no longer together, he has been mature enough to foster a relationship that is beneficial to the well-being of the children. The purpose of this memorandum is to seek the Court's approval for early termination of supervision for the offender as requested by the U.S. Probation Department for the Southern District of New York. It is their opinion that continued supervision would offer very little in the way of rehabilitation of Riordan or protection of the community.

As the Court is aware, early termination is controlled by statute, case law, and policy matters. With regard to statute, felony probation and supervised release cases are subject to 18 U.S.C. 3564 (c) and 18 U.S.C. 3583 (e)(1) respectively; and the general provisions of 18 U.S.C. 3553 (a). Case law in this Circuit regarding early termination of supervision falls under U.S. v Lussier, 204 F. 3d 32, 36 (2d Cir. 1997), and U.S. v Sheckley, 129 F.3d. 114 (2d Cir. 1997). Finally, the policy factor which influences early termination results from recent directives from the Judicial Conference Criminal Law Committee and Administrative Office of the U.S. Courts. In this regard, the Criminal Law Committee has directed early termination of supervision as the recommended and favored policy for appropriate probation and supervised release offenders. It should be noted, however, that some but certainly not all of the underpinnings to this policy are budget driven and part of the overall federal judiciary's "cost containment" program.

Predicated on the entirety of this case, as well as each of the factors which control early termination of supervision, the Probation Department respectfully recommends that Your Honor grant our request for early termination of supervision of the offender for the reasons set forth above.

RESPECTFULLY SUBMITTED:

TONY GAROPPOLO
CHIEF U.S. PROBATION OFFICER

Prepared by: *Michelle Staffa*
Michelle Staffa
U.S. Probation Officer

Approved by: _____
Robert Cardinal
Supervising U.S. Probation Officer

June 15, 2006
Central Islip

re: RIORDAN, THOMAS   DOCKET NO. 02-CR-1125

**Terminate From Supervision:** ___Frederic Block_____  _June 22, 2006_
                                  U.S. District Judge            Date

**Other Directives
of the Court:**                   _____  _____
                                  U.S. District Judge            Date